In the Matter of the Estate of MABEL M. FISHER, Deceased. ARTHUR SCHNEIDER et al., Respondents; KENNETH H. FISHER, Appellant. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See ante, p. 795.]

In the Matter of the APPOINTMENT OF EXAMINING BOARD TO INVESTIGATE THE OPERATION OF THE JURY SYSTEM IN THE COUNTY OF ERIE, PURSUANT TO SECTION 7 OF CHAPTER 183 OF THE LAWS OF 1942.— Examining Board appointed as follows: David Diamond, Esq., Chairman; Franklin R. Brown, Esq., and William J. Flynn, Sr., Esq.